## Park *versus* Matthews.

The interest or proceeds of a fund in the hands of trustees is liable to attachment.

Whenever a party has a right of action, his creditors may attach it, unless it be for wages.

ERROR to the District Court of *Allegheny county*.*   The facts are stated in the opinion of the court.

*McCandless*, for the plaintiff in error.

*McConnell*, for the defendant in error.

The opinion of the court was delivered by

BLACK, C. J.—Testatrix bequeathed $5000 to her brother, to be received and held by trustees, and the interest or proceeds to be annually paid over to the legatee for his use and benefit.   The legatee's creditor attached the interest.

We hold that it was attachable, because it was his, in law and equity.   If the trustees had withheld it from him, he could have sued for and recovered it.   Wherever a party has a right of action, his creditors may attach the debt, unless it be for wages.

Judgment affirmed.

* This case was decided on the 15th December 1853.